# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| DANIEL HARVEY RIGGS,<br><br>　　　　　　Petitioner,<br>　v.<br>TIMOTHY FILSON, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:21-cv-00071-MMD-WGC<br><br>ORDER |

Good cause appearing, it is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 12) is granted. Respondents have until October 22, 2021, to answer or otherwise respond to Petitioner's petition for writ of habeas corpus.

DATED THIS 30th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE