UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| DANIEL HARVEY RIGGS, | Case No. 3:21-cv-00071-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

Good cause appearing, it is therefore ordered that Petitioner Daniel Harvey Riggs's unopposed first motion for enlargement of time (ECF No. 21) is granted. Petitioner has until March 28, 2022, to file his first amended petition for writ of habeas corpus.

DATED THIS 22nd Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE