UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

DANIEL HARVEY RIGGS,

Petitioner,

v.

TIMOTHY FILSON, *et al.*,

Respondents.

Case No. 3:21-cv-00071-MMD-WGC

ORDER

Good cause appearing, it is therefore ordered that Petitioner Daniel Harvey Riggs's unopposed second motion for enlargement of time (ECF No. 24) is granted. Petitioner has until May 12, 2022, to file his first amended petition for writ of habeas corpus.

DATED THIS 29th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE