UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL HARVEY RIGGS,

    Petitioner

v.

WARDEN TIMOTHY FILSON, *et al.*,

    Respondents

Case No. 3:21-cv-00071-ART-CSD

ORDER

    Respondents filed two Unopposed Motions For Enlargement of Time to Respond to First-Amended Petition for Writ of Habeas Corpus (ECF Nos. 30 and 31 ("Motions")). The Court finds the motions are made in good faith and not solely for purpose of delay, and therefore, good cause exists to grant the motions.

    It is therefore ordered that the motions (ECF Nos. 30 and 31) are granted. The deadline for Respondents to file a response to the first amended petition is October 21, 2022.

    DATED THIS 8th day of September 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE