UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARVEY RIGGS,<br><br>　　Petitioner<br><br>v.<br><br>WARDEN TIMOTHY FILSON, *et al.*,<br><br>　　Respondents | Case No. 3:21-cv-00071-ART-CSD<br><br>ORDER |

This habeas matter is before the Court on Petitioner's Unopposed Motion for Extension of Time to File an Opposition to the Motion to Dismiss (First Request) ("Motion") [ECF No. 41]. Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner's motion **[ECF No. 41] is GRANTED**. Petitioner has until December 19, 2022, to file an opposition to the motion to dismiss.

DATED THIS 9th day of November 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE