UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARVEY RIGGS,<br><br>Petitioner<br><br>v.<br><br>WARDEN TIMOTHY FILSON, *et al.*,<br><br>Respondents | Case No. 3:21-cv-00071-ART-CSD<br><br>ORDER |

Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' motion for enlargement of time to file a reply in support of the motion to dismiss the first amended petition for writ of habeas corpus (first request) **(ECF No. 44) is GRANTED *nunc pro tunc***. Respondents have until February 6, 2023, to file a reply in support of the motion to dismiss.

DATED THIS 30th day of December 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE