UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DANIEL HARVEY RIGGS, | Case No. 3:21-cv-00071-ART-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN TIMOTHY FILSON, | |
| Respondents. | |

Respondents move for an extension of time to answer Petitioner Harvey Riggs's first amended petition. (ECF No. 48.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 48) is granted. Respondents have until July 7, 2023, to file their answer to the first amended petition.

DATED THIS 17th day of May 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1