UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARVEY RIGGS, | Case No. 3:21-cv-00071-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN TIMOTHY FILSON, | |
| Respondents. | |

Petitioner moves for an extension of time to file his reply in support of his first amended petition. (ECF No. 57.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 57) is granted. Petitioner has until March 11, 2024, to file his reply.

It is further ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 50) is granted *nunc pro tunc*.

DATED THIS 18th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1