UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HARVEY RIGGS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN TIMOTHY FILSON,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00071-ART-CSD<br><br>ORDER |

Petitioner moves for an extension of time to file his reply in support of his first amended petition. (ECF No. 63.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed third motion for enlargement of time (ECF No. 63) is granted. Petitioner has until June 24, 2024, to file his reply.

DATED THIS 15th day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1